**DISMISS and Opinion Filed June 23, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00426-CV

## IN THE INTEREST OF R.E.C. AND C.A.C., CHILDREN

### On Appeal from the 401st Judicial District Court
### Collin County, Texas
### Trial Court Cause No. 401-51560-00

## MEMORANDUM OPINION
Before Chief Justice Wright and Justices Lang-Miers and Stoddart
Opinion by Chief Justice Wright

In a letter dated June 2, 2015, the Court questioned its jurisdiction over the appeal because there did not appear to be an appealable order. We instructed appellant to file a letter brief addressing our concern. Appellant did not file a jurisdictional brief. Rather, she filed a motion to abate the appeal. In her motion, appellant informs the Court that proceedings in the trial court have been abated "until at least the fall of 2015," and that she has determined that the orders appealed may not be final, appealable orders that dispose of all parties and issues. She asks the Court to abate the appeal until resolution of the matters pending in the trial court.

This Court has jurisdiction only over appeals from final judgments and those interlocutory orders specifically authorized by statute. *See Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). A final judgment is one that disposes of all parties and claims. *See id.*

Appellant appeals from two orders signed by the trial court on March 2, 2015 that ruled on objections to summary judgment evidence and granted a motion for partial summary judgment. The partial summary judgment did not resolve all claims. We decline appellant's request in her motion that we abate the appeal until resolution of the matters pending in the trial court.

Because the orders appealed are neither final nor appealable interlocutory orders, this Court lacks jurisdiction. Accordingly, we dismiss the appeal for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a).

150426F.P05

/Carolyn Wright/

CAROLYN WRIGHT
CHIEF JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF R.E.C. AND
C.A.C., CHILDREN

No. 05-15-00426-CV

On Appeal from the 401st Judicial District
Court, Collin County, Texas.
Trial Court Cause No. 401-51560-00.
Opinion delivered by Chief Justice Wright.
Justices Lang-Miers and Stoddart,
participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee Douglas Brian Cannon recover his costs of this appeal from appellant Susan Elizabeth Cannon.

Judgment entered June 23, 2015.